UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Buster Cooper,                                         Civil 12-337 JNE/FLN

    Plaintiff,

v.                                                     O R D E R

Carnegie Mortgage, LLC;
Wells Fargo Bank, N.A.,

    Defendants.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated May 1, 2012, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that:

1. Defendant Wells Fargo Bank N.A.'s Motion to Dismiss (ECF No. 7) is **GRANTED**;

2. Defendant Carnegie Mortgage LLC's Motion for Summary Judgment (ECF No. 16) is **GRANTED**;

3. The case is **DISMISSED WITH PREJUDICE AND JUDGMENT IS ENTERED ACCORDINGLY.**

DATED: _May 21, 2012.        s/ Joan N. Ericksen
at Minneapolis, Minnesota     JUDGE JOAN N. ERICKSEN
                                                United States District Court